# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| **ACCELEPRISE ACCELERATOR FUND III, L.P.**, a Delaware Limited Partnership<br><br>Plaintiff,<br><br>vs.<br><br>**ALETHEA TECH PTE LTD.**, a Singapore Private Limited Company<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  Index No. 654374/2024<br>:<br>:<br>:<br>:<br>: |

## **CERTIFICATION OF ARIF KHAN**

I, Arif Khan, herby certifies:

    1.    I am the sole owner and CEO of Alethea Tech PTE LTD. ("Alethea Labs").

    2.    Alethea Labs is a private limited company operating under the laws of Singapore.

    3.    Alethea Labs is located at 70 Shenton Way, No. 11-01, Eon Shenton, Singapore 079118.

    4.    I am an adult citizen and resident of Singapore.

    5.    Alethea Labs does not maintain any employees or offices in the State of New York.

    6.    Alethea Labs received a copy of the Complaint in this matter on February 18, 2025.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: March 10, 2025        **Alethea Tech PTE LTD**

By: *[signature]*

Arif Khan, CEO/Owner
70 Shenton Way, No 11-01,
Eon Shenton, Singapore, 079118